# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RODRIGUEZ, individually and on behalf of all similarly situated employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART, INC.,<br><br>Defendant. | Case No.: 17cv1037-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 42] |

On August 5, 2019, the parties filed a joint motion to dismiss the individual claims of Plaintiff Andrew Rodriguez ("Plaintiff") with prejudice and the claims as to the putative class and all representative claims brought pursuant to the Private Attorney General Act ("PAGA") without prejudice. *See* Doc. No. 42. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** Plaintiff's individual claims with prejudice and the class and representative claims without prejudice. Each party must bear its own costs and attorney's fees. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: August 6, 2019

*/s/ Michael M. Anello*
HON. MICHAEL M. ANELLO
United States District Judge